UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE de JESUS VALENCIA,<br><br>    Defendant. | NO. CR-95-2053-RHW<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION FOR ORDER DISMISSING INDICTMENT** |

Before the Court is the Government's Motion for Order Dismissing Indictment (Ct. Rec. 3). The motion was heard without oral argument.

The Government asks that pursuant to Fed. R. Cr. P. 48(a), the Court orders that the indictment in the above-captioned case be dismissed.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion for Order Dismissing Indictment (Ct. Rec. 3) is **GRANTED**.

2. The indictment in the above-captioned case is **dismissed**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter the order and to provide copies to counsel.

**DATED** this 26th day of March, 2008.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Chief United States District Judge

Q:\CRIMINAL\1995\DE JESUS VALENCIA\dismiss.wpd

**ORDER GRANTING THE GOVERNMENT'S MOTION FOR ORDER DISMISSING INDICTMENT ~ 1**